## JOHN EVANS v. BENJAMIN HOLLAND.

Court of Common Pleas. Sussex. April, 1795.

*Wilson's Red Book, 70.*

PER CURIAM. The cause is not ready. There is no notice, for that *scire facias* for that purpose is only error and continued the cause.